# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

    vs.                                                                                                                                                                                                  No. 19-cr-4275-WJ

CHARLES WARNER,

      Defendant.

### MEMORANDUM OPINION AND ORDER GRANTING THE UNITED STATES' MOTION IN *LIMINE* TO EXCLUDE ANY REFERENCE TO PENALTIES OR SENTENCING BEFORE THE JURY AND THE UNITED STATES' MOTION IN *LIMINE* TO PREVENT DISCUSSION OF PRIOR PROSECUTION EXPERIENCE

      THIS MATTER comes before the Court following: (1) the United States' Motion in *Limine* to Exclude Any Reference to Penalties or Sentencing Before the Jury (Doc. 79, filed 08/29/2021) and (2) the United States' Motion in *Limine* to Prevent Discussion of Prior Prosecution Experience (Doc. 80, filed 08/29/2021). Defendant does not oppose either of these two motions.

      The Court agrees that any reference to Joel Myer's prior experience as a former prosecutor is irrelevant to the issues the jury must decide in this case. Additionally, the Court agrees that any direct or indirect reference to Defendant's potential sentence if convicted is irrelevant to the crimes charged and would improperly strike at the jury's emotions.

      **THEREFORE**,

      **IT IS ORDERED** that both United States' unopposed motions (Docs. 79 & 80) are hereby **GRANTED**.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE